## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

**JOHN A. WOODCOCK, JR.**
CHIEF JUDGE

202 HARLOW STREET

BANGOR, MAINE 04401
(207) 945-0549

May 6, 2010

Committee on Financial Disclosure
Administrative Office of the Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D.C. 20544

**Re:    Financial Disclosure Report for Calendar Year 2009**

Dear Sir/Madam:

In accordance with your filing instructions, please find enclosed one (1) original and three (3) copies of my Financial Disclosure Report for Calendar Year 2009. The computer audit picked up three lines on Part VII, the explanations for which I will highlight in this cover letter.

The first is Line 12: American Movil Common Stock. The audit picked up the fact that the date of purchase is listed as January 8, 2008. As the comment in Part VIII indicates, when performing my yearly review, I realized that I had inadvertently omitted the American Movil stock from last year's report. Accordingly, I have listed it in this year's report, confirming that the date of purchase was actually January 8, 2008, not during the 2009 calendar year.

The second involves Line 39. Last year on this line, I reported a holding in Investment Company of America. The stock is owned by a dependent ███, who is no longer dependent. I have explained this in the comment.

Committee on Financial Disclosure
May 6, 2010
Page 2

The third involves Line 46. Last year, I reported holdings in American Capital Income Builder Mutual Fund on Lines 17 and 46. The Fund was sold in its entirety on December 18, 2009. The sale for both Lines 17 and 46 is reported on Line 17. Because the 2008 report will reflect a holding in American Capital Income Builder Mutual Fund and there would be no explanation for what happened to the holding in Line 46, I have added a note to clarify that the sale of the holding on Line 46 is fully reported in Line 17.

Thank you for your attention to this matter.

Very truly yours,

John A. Woodcock, Jr.
Chief United States District Judge

JAW/mfs

Encs.

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U S C app. §§ 101-111)

| 1. Person Reporting (last name first, middle initial)<br><br>Woodcock, John A | 2. Court or Organization<br><br>Maine | 3. Date of Report<br><br>05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>U S District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>202 Harlow Street<br>Bangor, ME 04402-0756 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only: see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1  Emeritus Member of Board of Trustees | Bowdoin College |
| 2  Member Board of Visitors | University of Maine School of Law |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

2010 MAY 11 A 11: 30
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 12/31/09 | United States Judges Admin Office of the US Courts | $168,171 37 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section (Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment. (Includes those to spouse and dependent children see pp. 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3. | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children, see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | Merck Common Stock | B | Dividend | K | T | | | | | |
| 2 | Chindex International Common Stock | | None | J | T | | | | | |
| 3 | Boeing Common Stock | A | Dividend | I | T | | | | | |
| 4 | Cisco Common Stock | | None | K | T | | | | | |
| 5 | MetLife Common Stock | A | Dividend | J | T | | | | | |
| 6. | Wells Fargo Common Stock | B | Dividend | L | T | | | | | |
| 7 | Powershares Wilderhill Clean Energy Portfolio | | None | J | T | | | | | |
| 8 | Frontier Communications Common Stock | B | Dividend | K | T | | | | | |
| 9 | Mitsui Common Stock - ADRs | A | Dividend | K | T | | | | | |
| 10 | Apple, Inc Common Stock | | None | K | T | | | | | |
| 11 | Morgan Stanley Bank Deposits (Comment) | B | Interest | N | T | Transfer | | M | | |
| 12 | American Movil SA Common Stock (Comment) | A | Dividend | J | T | Buy | 01 08/08 | K | | |
| 13 | | | | | | | | | | |
| 14 | ExxonMobil Common Stock | B | Dividend | L | T | | | | | |
| 15 | General Electric Common Stock | A | Dividend | K | T | | | | | |
| 16 | The Growth Fund of America | A | Dividend | K | T | | | | | |
| 17. | American Capital Income Builder | B | Dividend | | | Sold | 12/18 09 | K | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2 501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1,000 000 | H1 =$1 000 001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50,000 | L =$50 001 - $100 000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25 000 001 - $50 000 000 | | P4 More than $50 000 000 | | |
| 3 Value Method Codes | Q Appraisal | R =Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U =Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g<br>div rent<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer seller<br>(if private<br>transaction) |
| 18 | | | | | | | | | |
| 19  Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 20  Norfolk Southern Common Stock | A | Dividend | K | T | | | | | |
| 21  Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 22  Ameritas Life Insurance Corp | | None | L | T | | | | | |
| 23  Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 24. | | | | | | | | | |
| 25.  Bangor Savings Bank Checking Account | A | Interest | J | T | | | | | |
| 26  ASA (Bermuda) LTD Common Stock | A | Dividend | J | T | | | | | |
| 27.  Health Care Service Group | A | Dividend | K | T | | | | | |
| 28  Fidelity Trend Fund | A | Dividend | K | T | | | | | |
| 29  Nuveen Tax Adv Total Return Strategy Fund | A | Dividend | J | T | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32  CVS Common Stock | A | Dividend | J | T | | | | | |
| 33  Sunstone Hotel Investors (RFIT) | A | Distribution | J | I | | | | | |
| 34 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =S1 000 or less | B =S1 001 - S2,500 | C -S2 501 - S5 000 | D -S5 001  S15 000 | F =S15,001 - S50,000 |
| (See Columns B1 and D4) | F -S50,001  S100 000 | G -S100 001 - S1 000,000 | H1 =S1 000 001 - S5 000,000 | H2 =More than S5,000,000 | |
| 2 Value Codes | J  S15 000 or less | K - S15,001 - S50 000 | L =S50 001 - S100 000 | M  S100,001 - S250,000 | |
| (See Columns C1 and D3) | N -S250 001 - S500,000 | O  S500 001  S1 000 000 | P1 - S1 000 001 - S5 000 000 | P2 - S5,000 001  S25 000,000 | |
| | P3 -S25 000,001  S50 000,000 | | P4 - More than S50 000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R - Cost (Real Estat  Only) | S = Assessment | T - Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions During reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35   United Technologies Common Stock | A | Dividend | K | T | | | | | |
| 36   AT&T Common Stock | A | Dividend | J | T | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39.  Investment Company of America<br>(Comment)(x) | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43   EuroPac Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46   American Capital Income Builder Mutual<br>Fund Comment) (x) | | | | | | | | | |
| 47   Legg Mason Clearbridge Appreciation<br>Mutual Fund IRA | A | Dividend | K | I | | | | | |
| 48   Legg Mason Clearbridge Capital and Income<br>Fund IRA (Comment) | A | Dividend | K | T | | | | | |
| 49 | | | | | | | | | |
| 50   Eagle Bulk Shipping, Inc Common Stock | | None | J | T | | | | | |
| 51   American Capital Ltd Common Stock<br>(Comment) | | None | J | T | | | | | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C = $2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2  More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4  More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash/Market
   (See Column C2)            U =Book Value            V =Other                    W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div rent or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 | | | | | | | | | |
| 53 Automatic Data Processing Common Stock | A | Dividend | | | Sold | 1/27/09 | J | D | |
| 54 | | | | | | | | | |
| 55 Target Corp | | None | | | Sold | 1/30/09 | J | D | |
| 56 American Funds Income Fund of America CL A | B | Dividend | | | Sold | 12/18/09 | K | A | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 Northrup Grumman Common Stock | A | Dividend | J | T | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 McDonalds Corp. Common Stock | B | Dividend | K | T | | | | | |
| 66 IBM Common Stock | A | Dividend | K | T | | | | | |
| 67. State Street Corp. Common Stock | A | Dividend | | | Sold | 11/14/09 | J | A | |
| 68 Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A -$1,000 or less | B -$1,001 $2 500 | C -$2 501 - $5 000 | D -$5 001 - $15,000 | E -$15,001 $50,000 |
| | F $50 001 - $100,000 | G -$100,001 - $1 000 000 | H1 =$1 000 001 $5 000 000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J $15 000 or less | K $15 001 - $50,000 | L $50 001 - $100,000 | M =$100,001 - $250 000 | |
| | N $250 001 - $500 000 | O =$500,001 - $1 000 000 | P1 =$1 000 001 $5 000 000 | P2 =$5,000 001 - $25,000 000 | |
| | P3 $25 000 001 - $50 000 000 | | P4 =More than $50 000 000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S Assessment | T =Cash Market | |
| | T Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69 | | | | | | | | | |
| 70 Stericycle Common Stock | | None | K | T | | | | | |
| 71 | | | | | | | | | |
| 72 US Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 73 J P Morgan Chase Common Stock | A | Dividend | K | T | | | | | |
| 74 Zimmer Holdings Common Stock | | None | J | T | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 MetLife Life Insurance Policies | A | Dividend | K | T | | | | | |
| 78 Intel Corp Common Stock | A | Dividend | K | T | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84. Chevron Corp Common Stock | A | Dividend | K | T | | | | | |
| 85 | | | | | | | | | |

1 Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
  (See Column C2)           U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86 ConocoPhillips Common Stock | A | Dividend | K | T | | | | | |
| 87. Du Pont E I De Nemours & Co Common Stock | A | Dividend | | | Sold | 7/13/09 | J | A | |
| 88 | | | | | | | | | |
| 89. | | | | | | | | | |
| 90 | | | | | | | | | |
| 91 | | | | | | | | | |
| 92 | | | | | | | | | |
| 93 | | | | | | | | | |
| 94 | | | | | | | | | |
| 95 | | | | | | | | | |
| 96 | | | | | | | | | |
| 97 | | | | | | | | | |
| 98 | | | | | | | | | |
| 99 | | | | | | | | | |
| 100 | | | | | | | | | |
| 101 | | | | | | | | | |
| 102 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103 | | | | | | | | | |
| 104 | | | | | | | | | |

1 Income Gain Codes: A = $1,000 or less   B $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2 Value Codes   J $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3 Value Method Codes   Q - Appraisal   R - Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U - Book Value   V - Other   W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock. John A. | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item 11  Morgan Stanley Bank Deposits became the recipient of each of the stock sales during the year. Accordingly, the transactions are described as a transfer and, as a number of transfers were made as stocks were sold, the date of each transfer is not listed. The total amount of the transfers is reflected in the value code.

Item 12  American Movil was purchased on January 8, 2008 and inadvertently omitted from the Financial Disclosure Report for last year.

Item 39.  Investment Company of America, which appeared in past reports, is held solely by a dependent who is no longer dependent. The information on this fund, which appeared in prior reports, has not been completed and will not appear in future reports

Item 46  All shares in American Capital Income Builder Mutual Fund were sold on December 18. 2009  This transaction is reported in full on line 17

Item 48  Legg Mason Appreciation Fund is now known as Legg Mason Clearbridge Appreciation Fund

Item 49  Legg Mason Capital and Income Fund is now known as Legg Mason Clearbridge Capital and Income Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to.

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D C. 20544